961 F.2d 1568
 Mierzejewski (Randall H.)
v.
New Jersey D.O.C.'s Comm. Fauver (William H.), Durastanti
(Supt. Karen), Petito (Thomas), Frederickson (V.J., M.D.),
Krueger-Andes (David A.), Johnston (Eric, A.C.S.W.),
Schmalzback (Eleanor H., R.N.), Humphrey (Robert, L.P.N.),
Green (Leah, L.P.N.), Mercer County Department of Public
Care and Safety, Unknown Official M.C.D.C. Line Staff
 NO. 91-5722
 United States Court of Appeals,
Third Circuit.
 Apr 29, 1992
 
 Appeal From: D.N.J.,
 Thompson, J.
 
 
 1
 AFFIRMED.